**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | | |
|---|---|---|
| HALI ANASTOPOULO, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>FEDEX CORPORATION,<br><br>    Defendant. | ) ) ) ) ) ) ) ) ) | No. 2:26-cv-02181-SHL-atc |

**ORDER DENYING STIPULATION TO EXTEND TIME THROUGH JUNE 1 FOR DEFENDANT TO RESPOND TO COMPLAINT**

Before the Court is the Parties' Stipulation to Extend Time Through June 1 for Defendant to Respond to Complaint, filed April 16, 2026. (ECF No. 15.) The Parties state that, since February 20, when Plaintiff Hani Anastopoulo filed this action, eleven related cases have been filed in or transferred to this Court. (Id. at PageID 39.) All are putative class actions arising from Defendant FedEx Corporation's "alleged collection of tariffs" which "the U.S. Supreme Court declared unlawful." (Id. at PageID 40.) It appears that the Parties have agreed that the deadline to file a responsive pleading should be June 1, 2026.

The Court is unaware of any rule that allows the Parties to stipulate among themselves as to an extension of time to do anything, including filing a responsive pleading. If the Parties believe that an extension of time is appropriate, a joint motion filed with the Court, including the reason for such an extension and filed in compliance with all applicable rules, is the proper course of action. Because FedEx was served on February 25 (ECF No. 9 at PageID 23), the current deadline to respond was March 18, which has passed. Therefore, the Parties in their Motion should explain why FedEx failed to act and whether that neglect was excusable. See

Fed. R. Civ. P. 6(b)(1)(B) ("When an act may or must be done within a specified time, the court may, for good cause, extend the time . . . on motion made after the time has expired if the party failed to act because of excusable neglect.").

Thus, the Stipulation to Extend Time is **DENIED**.

**IT IS SO ORDERED,** this 17th day of April, 2026.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE