**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | | |
|---|---|---|
| HALI ANASTOPOULO, individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Cv. No. 2:26-cv-02181-SHL-atc |
| FEDEX CORPORATION, | ) ) | |
| Defendant. | ) ) | |

**ORDER GRANTING JOINT MOTION TO CONSOLIDATE**

Before the Court is Plaintiff Hali Anastopoulo's unopposed Joint Motion to Consolidate, filed May 27, 2026.  (ECF No. 19.)  The Motion explains that "[t]his case is one of thirteen matters currently pending in this district filed under the Class Action Fairness Act by individuals seeking restitution and damages for amounts paid to FedEx regarding shipments subject to unlawful import tariffs imposed under the International Emergency Economic Powers Act ("IEEPA")."  (Id. at PageID 58.)  Given the "substantial overlap" among the thirteen cases, counsel for Plaintiffs in all the cases, as well as counsel for Defendants FedEx Corporation, Federal Express Corporation, and FedEx Logistics, Inc. ("FedEx"), "have conferred and agree that consolidation is the most efficient method to advance this litigation while providing justice to all parties and conserving judicial resources."  (Id.)

To that end, the Parties propose the following:

- That all of the cases be formally consolidated for all purposes under Federal Rule of Civil Procedure 42 under this, the lowest-numbered case, and renamed In re FedEx

Tariff Litigation as the lead case, and that all future filings be made in this lead case under the title In re FedEx Tariff Litigation.

- That within fourteen days of the entry of an Order creating the newly consolidated docket, an agreement on leadership amongst the Plaintiffs' bar (or contested leadership applications) shall be filed with the Court on the consolidated docket. Further, if contested leadership applications are filed, counsel that have filed contested leadership applications shall have fourteen days to respond to competing applications for leadership.

- After Interim Co-Lead Counsel is appointed, a Consolidated Complaint shall be filed within forty-five days of leadership being appointed or agreed on. The Consolidated Complaint shall elect which theories shall proceed and will enforce the rights of each named Plaintiff.

- FedEx shall then have twenty-one days to respond (by motion or answer) to that substantive Consolidated Complaint. FedEx shall not have to respond to any complaint in the substantive action until the Consolidated Complaint is filed.

For good cause shown, and based on the agreement of the Parties and the consent of the presiding Judges in all of the cases at issue, the Motion is **GRANTED**.

The matter shall be renamed In re FedEx Tariff Litigation, 26-cv-02181-TLP, and assigned to District Judge Thomas L. Parker. The following cases shall be consolidated under the newly captioned case.

1. Anastopoulo v. FedEx Corp., 2:26-cv-02181-SHL-atc

2. Deburro v. Federal Express Corp. et al., 2:26-cv-02240-SHL-tmp

3. Avalos v. FedEx Corp., 2:26-cv-02289-SHL-atc

2

4. <u>Tran v. FedEx Corp.</u>, 2:26-cv-02290-SHL-atc

5. <u>Falode v. FedEx Corp.</u>, 2:26-cv-02291-SHL-atc

6. <u>Anastopoulo v. FedEx Corp.</u>, 2:26-cv-02334-SHL-cgc

7. <u>Cycle Limited et al. v. Federal Express Corp., et al.</u>, 2:26-cv-02345-BCL-atc

8. <u>G-Force Powersports, Inc. v. Federal Express Corp. et al.</u>, 26-cv-02383-SHL-cgc

9. <u>Crespo Rosado v. FedEx Corp.</u>, 2:26-cv-02387-BCL-atc

10. <u>Anastopoulo v. Federal Express Corp.</u>, 2:26-cv-02388-TLP-tmp

11. <u>Weinberg v. FedEx Corp.</u>, 2:26-cv-02395-SHL-tmp

12. <u>Reiser v. Federal Express Corp. et al.</u>, 2:26-cv-02410-SHL-atc

13. <u>Ross v. FedEx Corporation</u>, 2:26-cv-02483-SHL-atc

Within fourteen days of the entry of this Order, an agreement on leadership amongst the

Plaintiffs' bar (or contested leadership applications) shall be filed with the Court on the

consolidated docket. Further, if contested leadership applications are filed, counsel that have

filed contested leadership applications shall have fourteen days to respond to competing

applications for leadership.

After Interim Co-Lead Counsel is appointed, a Consolidated Complaint shall be filed

within forty-five days of leadership being appointed or agreed on. The Consolidated Complaint

shall elect which theories shall proceed and will enforce the rights of each named Plaintiff.

FedEx shall then have twenty-one days to respond (by motion or answer) to that

substantive Consolidated Complaint. FedEx shall not have to respond to any complaint in the

substantive action until the Consolidated Complaint is filed.

**IT IS SO ORDERED**, this 1st day of June, 2026.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE