**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**

| | |
|---|---|
| **In re FedEx Tariff Litigation** | Case No.: 2:26-cv-02289-SHL-atc |

## MOTION FOR APPOINTMENT OF CO-LEAD COUNSEL FOR THE CLASS

Plaintiff Kevin Ross hereby moves for the appointment of Michael R. Reese, Carlos F. Ramirez and Jason P. Sultzer pursuant to Fed. R. Civ. P. 23 as co-lead counsel.

This proposed class action has nationwide significance. Accordingly, the class is best served by attorneys from various jurisdictions and licensed to practice in multiple state bars to represent and protect their interests. Here, the proposed slate of Reese, Ramirez and Sultzer represents attorneys licensed to practice across the country, including but not limited to, California, New York, Florida and New Jersey.

The proposed leadership structure also reflects diversity, as Carlos F. Ramirez is a native Spanish speaker who was born and raised in Puerto Rico before moving to New York.

Accordingly, for the reasons below, Plaintiff respectfully requests that the slate of Reese, Ramirez and Sultzer be appointed as co-lead class counsel.

### LEGAL STANDARD

Appointment of interim class counsel is warranted where, as here, multiple related actions are pending asserting overlapping class claims. Federal Rule 23(g)(3) authorizes a court

1

to "designate interim counsel to act on behalf of a putative class before determining whether to certify the action as a class action." Fed. R. Civ. P. 23(g)(3). The Manual for Complex Litigation recognizes that designation of interim counsel "clarifies responsibility for protecting the interests of the class during precertification activities, such as making and responding to motions, conducting discovery, and negotiating settlement." *Manual for Complex Litigation* § 21.11, at 246 (4th ed. 2004).

Rule 23(g)(1)(A) directs courts to consider: (i) the work counsel has done in identifying or investigating potential claims; (ii) counsel's experience in handling class actions and the types of claims asserted; (iii) counsel's knowledge of the applicable law; and (iv) the resources counsel will commit to representing the class. Fed. R. Civ. P. 23(g)(1)(A). Courts may also consider "any other matter pertinent to counsel's ability to fairly and adequately represent the interests of the class." Fed. R. Civ. P. 23(g)(1)(B). The ultimate goal under Rule 23(g) is to promote efficiency and economy without jeopardizing fairness.

## THE PROPOSED SLATE IS MORE THAN QUALIFIED

### 1. Michael R. Reese (Reese LLP)

Michael R. Reese and his firm of Reese LLP specialize in representing plaintiffs in consumer protection class action litigation. Founded in 2008, Reese LLP has offices and attorneys across the United States, including in St. Petersburg, Florida; New York City; Westchester County, New York; Minneapolis, Minnesota; Austin, Texas; and San Francisco and Los Angeles, California. The firm is dedicated to advocating for consumers and addressing issues of consumer fraud.

Mr. Reese is a seasoned litigator with extensive experience in consumer class actions. Before entering private practice in 2000, Mr. Reese served as an assistant district attorney at the

Manhattan District Attorney's Office, where he prosecuted both violent and white-collar crimes and tried over twenty-five cases to jury verdict.

Mr. Reese is a member of the state bars of New York, California and Florida, as well as numerous federal bars.  Mr. Reese also is a successful appellate attorney, having argued and won in front of numerous federal circuit courts, including the Second, Seventh and Ninth Circuits.

In recognition of this fact, Mr. Reese has been appointed as co-lead class counsel in numerous nationwide class actions, including, but not limited to, *In re Fairlife Milk Products Marketing and Sales Practices Litig.*, master case No. 19-cv-3924, MDL 2909, 2020 WL 362788, at *1 (N.D. Ill.)(Dow, J.)("*In re Fairlife MDL*") and *In re Seresto Flea and Tick Collar Marketing, Sales Practices and Product Liability Litig.*, master case No. 21-cv-04447, MDL No. 3009 (N.D. Ill.) (Blakey, J.)("*In re Seresto MDL*"), both of which were successfully litigated by Mr. Reese and resulted in consumers receiving tens of millions of dollars in recovery.

In addition to being an experienced litigator, Mr. Reese is a strong advocate of giving back to the legal community and, as a result, has served as an adjunct professor at Brooklyn Law School where he taught the courses "Class Actions and Other Aggregate Litigation" and "Food Law." Mr. Reese also sits on the advisory boards of UCLA's Food Law and Policy Center as well as Wellness in the Schools, which advocates for nutritional food in public schools across the United States. Mr. Reese also serves as the President of the Agrifood Law Commission for the Union Internationale des Avocats – a global, non-profit organization focused on human rights.

Mr. Reese's and his firm's proven track record in consumer protection class action litigation, combined with his trial experience, positions him as a formidable representative for the proposed class in this matter. For further details, please refer to the firm's resume attached hereto

as Exhibit A, which highlights Reese LLP's extensive and diverse portfolio of achievements on behalf of aggrieved consumers.

### 2. Carlos F. Ramirez (Reese LLP)

Carlos F. Ramirez is an accomplished trial attorney based in New York, where he focuses his practice on the litigation of consumer class actions. Prior to entering private practice in 2001, Mr. Ramirez served as an Assistant District Attorney at the Manhattan District Attorney's Office where he served as a trial attorney prosecuting violent, white-collar and welfare fraud crimes. Mr. Ramirez is a Certified Information Privacy Professional and a Certified Information Privacy Manager.  Recently, Mr. Ramirez was appointed co-lead counsel in a case against the largest municipal healthcare provider in the country, New York City Health and Hospitals Corporation, involving a data breach that affected approximately 1.8 million persons.

Previous and current consumer fraud class actions litigated by Mr. Ramirez include *Hasemann v. Gerber Products Co.*, Case no. 15-cv-02995-MKB-RER (E.D.N.Y.)(involving misrepresentation of health benefits of baby formula in violation of New York and Florida consumer protection laws that settled for $31.5 million); *In re Santa Fe Natural Tobacco Company Marketing & Sales Practices Litigation*, 16-md-2695-JB/LF (D.N.M.)(involving the deceptive marketing of cigarettes as "natural" and "additive free"); *Ashour v. Arizona Beverages USA LLC*, 19-cv-7081 (S.D.N.Y.)(involving the deceptive marketing of beverages by a billion dollar company claiming its beverages contain "No Preservatives" even though they contain citric acid); *Andino v. Apple Inc.*, 20-cv-1628 (N.D. Cal.)(involving the deceptive sale of movies, TV shows and music); *In re Amazon Prime Video Litigation*, No. 2:22-cv-0401-RSM (W.D. Wash.)(same) and *Mathieu v. Google LLC*, Case No. 25STCV02668 (L.A. Co. Sup. Ct.)(same).

4

Mr. Ramirez has served on numerous boards of not-for-profit organizations, including charter schools, legal organizations serving lower-income persons and children's theater.

Mr. Ramirez is a member of the state bars of New York and New Jersey. He is also a member of the bars of the U.S. District Courts for the Eastern District of New York, Southern District of New York, Northern District of New York and Western District of New York, as well as the U.S. Courts of Appeals for the Second Circuit and Ninth Circuit. Mr. Ramirez received his juris doctor from the Fordham University School of Law in 1997 and his bachelor's degree from CUNY-John Jay College in 1994.

### 3.  Jason P. Sultzer (Sultzer & Lipari, PLLC)

Since its founding in 2013 by Jason P. Sultzer, Sultzer & Lipari, PLLC has established itself as one of the nation's premier plaintiff's firms, at the forefront of the most consequential and high-stakes litigation in the country. The firm has an exceptional record for prosecuting a wide range of complex consumer class actions for more than a decade.  Attorneys at Sultzer & Lipari, PLLC have advocated for consumers' rights, successfully challenging some of the nation's largest and most powerful corporations for a variety of improper, unfair, and deceptive business practices including the collection of taxes. *See e.g.  Kessler, Robert v. Ross Stores*, (S.D. Fla) (26-cv-21354); *Kessler, Robert v. Target, Inc*. (S.D. Fla. ) (26-cv-21438); Loubaton, Audrey v. Walmart, Inc., et al. (S.D. Fla.) (26-cv-21675); *Sandquist, Karin v. Burlington Stores, Inc*. (S.D. Fla. ) (26-cv-21436);  *Sandquist, Karin v. The TJX Companies, Inc. et al* (S.D. Fla.) (26-cv-21199). Sultzer & Lipari has consistently been appointed to leadership positions in high-profile class actions and multidistrict litigations, and has secured well over $1 billion in damages and monetary relief for consumers nationwide. For further details, please refer to the firm's resume attached hereto as

5

Exhibit B, which highlights its extensive and diverse portfolio of achievements, including a number of successful class action litigations involving product defects.

Courts throughout the country have consistently recognized Sultzer & Lipari's knowledge, skill, and diligence with regard to its class action practice. *See Patora v. Tarte, Inc.*, Case No. 18-cv-11760-KMK (S.D.N.Y.), (Judge Kenneth M. Karas stated that "[t]he plaintiff here was ably represented by class counsel, who is clearly well-versed in complex class action litigation. I can speak from personal experience dealing with the Sultzer Firm, which has many highly-qualified and capable and experienced lawyers representing plaintiffs in consumer class actions. . ."); *Shiv Patel v. St. John's University*, Case No. 1:20-cv-02114 (E.D.N.Y.) (Judge Steven Gold observed that, "The firms' expertise and competency in the class action context are reflected by the favorable outcomes they have obtained in previous suits… particularly in light of their impressive record."); *Susan Swetz et al v. GSK Consumer Health, Inc.*, Case No. 7:20-cv-04731 (S.D.N.Y.) (Judge Román stated that "Class Counsel have prosecuted the Litigation with skill, perseverance, and diligence, as reflected by the Settlement Fund achieved and the positive reception of the Settlement Agreement by the Settlement Class."); *Arredondo v. University of La Verne*, Case No. 2:20-cv-07665 (C.D. Cal.) (Judge Mark C. Scarsi stated "Counsel also has a wealth of experience handling class actions. . . Counsel has demonstrated strong knowledge of the applicable law throughout the briefing process for this class certification motion. And finally, counsel has demonstrated it will commit sufficient resources to represent the class in this heavily litigated case."); and, *Swetz v. The Clorox Company*, Case No. 22-CV-9374 (S.D.N.Y.) (Judge Halpern stated "I'm delighted that you were able to resolve this. I think very highly of lawyers who actually take on these matters. And I noticed, with the Court's approval, there was a fair amount of self-organization at the beginning of this . . . So I very much appreciate what you've done. I think you did an excellent job.").

The Firm's founding partner, Jason Sultzer brings over 28 years of trial-tested and extensive class action experience and has received the Martindale-Hubbell AV rating, indicating that his legal peers rank him at the highest level of professional excellence.  He was also named as a "Mass Tort Lawyer of the Year" by American Law Media, has been recognized as a Super Lawyer for the last ten years, and was selected for Lawdragon's list of 500 Leading Plaintiff Financial Lawyers for 2019, 2020, 2021 and 2023.  Mr. Sultzer, was also featured on the front cover of the Wall Street Journal's Legal Leader's magazine in 2014 and 2015 designating him as one of New York's top rated lawyers.  In addition, Mr. Sultzer has earned selection as a Senior Fellow of the Litigation Counsel of America (LCA), recognizing the country's top trial attorneys. The LCA is an invitation-only honorary society that is composed of less than one-half of one percent of American lawyers.  Mr. Sultzer is also a member of the LCA's Trial Law and Diversity Institute and its Honorary Order of Juris (consisting of attorneys who have tried fifty or more bench or jury trials to verdict).  Mr. Sultzer is also a highly skilled negotiator and has achieved numerous multi-million dollar settlements on behalf of consumers in a wide range of class actions.

The firm helped identify and develop the legal theories that gave rise to this litigation and has devoted months to an in-depth investigation of the claims.  Sultzer & Lipari is prepared to continue to devote its resources and the time and energy of its highly skilled and experienced attorneys as a member of the Lead Counsel group in this action.

## **CONCLUSION**

Each proposed attorney is experienced, well-qualified and committed to advancing this litigation in the best interests of the putative class. For these reasons, Plaintiff respectfully requests that the Court grant this motion and enter an order appointing the above-named firms as Interim Class Counsel under Rule 23(g).

Dated: June 15, 2026

Respectfully Submitted by:

*/s/ Carlos F. Ramirez*
Carlos F. Ramirez (admitted *pro hac vice*)
Michael R. Reese
**REESE LLP**
100 West 93rd Street, 16th Floor
Phone: (212) 643-0500
*mreese@reesellp.com*

Jason P. Sultzer
**SULTZER & LIPARI, PLLC**
85 Civic Center Plaza, Suite 200
Poughkeepsie, New York 12601
Phone: (845) 483-7100
*sultzerj@thesultzerlawgroup.com*

Proposed Co-Lead Class Counsel