UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TENNESSEE

MEMPHIS DIVISION

| | | |
|---|---|---|
| In Re: FedEx Tariff Litigation | ) | Civil Action No. 26-cv-02181-TLP |
| | ) | |
| | ) | Judge Thomas L. Parker |
| | ) | |
| | ) | MAJORITY PLAINTIFFS' RESPONSE TO |
| | ) | COMPETING LEADERSHIP |
| | ) | APPLICATIONS |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

Majority Plaintiffs[1] applied for leadership in this case on June 15, 2026. D.E. 24. Two other leadership-related motions were filed on June 15 and June 16, respectively. D.E. 25, 27. This Court's June 1, 2026 order provided a fourteen-day deadline for responses to competing leadership applications. D.E. 19 at PageID# 22.

The structure proposed by Majority Plaintiffs is the right size and composition. Adding members would add delay and unnecessary duplication to this case. *See, e.g.*, *In re Nelnet Servicing, LLC*, No. 4:22-CV-3181, 2023 WL 1108253, at *6 (D. Neb. Jan. 30, 2023) (noting that the Court must balance the desire to create a "dream team" against considerations of efficiency and economy). This is a case pending in Tennessee against one of the largest companies in Tennessee – Majority Plaintiffs' proposed slate is the only slate that includes a law firm based in Tennessee. And a tariff is not a tax passed under Congress's taxation powers. *United States v. Durham*, 902 F.3d 1180, 1199 (10th Cir. 2018) ("The tariff, however, was not a tax passed under the Congress's taxing power, but was instead a regulation passed under its FCC power."). *Cf. also Arsberry v. Illinois*, 244 F.3d 558, 565 (7th Cir. 2001) ("But here the fact that it is not a tax but a tariffed rate bites.") (Posner, J.) (prison call tariffs imposed by Illinois prison agency). Tax experience is not of great assistance to a case involving tariffs. All the firms before the Court have appellate specialists, multiple prior federal clerks, and robust appellate practices.

---

[1]    Majority Plaintiffs supporting this Motion are counsel from in the following actions: *Anastopoulo v. FedEx Corp.*, No. 2:26-cv-02181 (W.D. Tenn.); *Deburro v. Federal Express Corp.*, No. 2:26-cv-02240 (W.D. Tenn.); *Avalos v. FedEx Corp.*, No. 2:26-cv-02289 (W.D. Tenn.); *Tran v. FedEx Corp.*, No. 2:26-cv-02290 (W.D. Tenn.); *Falode v. FedEx Corp.*, No. 2:26-cv-02291 (W.D. Tenn.); *Reiser v. FedEx Corp.*, No. 2:26-cv-02410 (W.D.Tenn.); *Anastopoulo v. FedEx Corp.*, No. 2:26-cv-02334 (W.D. Tenn.); *G-Force Powersports Inc. v. Federal Express Corp.*, No. 2:26-cv-02383 (W.D. Tenn.).

The case before the District Court does not call for an appellate specialist. It calls for a trial specialist, which the Majority Plaintiffs clearly include.  For the forgoing reasons, the Majority Plaintiffs request that the Court grant their motion and deny the competing motions.

Dated: June 29, 2026

Respectfully submitted,

*/s/ J. Gerard Stranch, IV*
J. Gerard Stranch, IV (TN BPR 23045)
Michael C. Tackeff (TN BPR 036953)
**STRANCH, JENNINGS & GARVEY, PLLC**
The Freedom Center
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN  37203
Telephone: (615) 254-8801
gstranch@stranchlaw.com
mtackeff@stranchlaw.com

***Proposed Interim Lead Counsel***

Matthew E. Lee (*pro hac vice*)
**LEE SEGUI, PLLC**
421 N. Harrington Street, Suite 460
Raleigh, NC 27603
Tel: (919) 421-7784
mlee@leesequi.com

Stuart A, Davidson (*pro hac vice*)
**ROBBINS GELLER RUDMAN & DOWD, LLP**
225 NE Mizner Boulevard, Suite 720
Boca Raton, FL 33432
Tel: (561) 750-3000
sdavidson@rgrdlaw.com

John A. Yanchunis (*pro hac vice*)
**MORGAN & MORGAN**
**COMPLEX LITIGATION GROUP**
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Tel: (813) 275-5272
jyanchunis@forthepeople.com

Lynn A. Toops (*pro hac vice*)

2

**COHENMALAD, LLP**
One Indiana Square, Suite 1400
Indianapolis, IN 46204
Tel: (317) 636-6481
ltoops@cohenmalad.com

***Proposed Members of Plaintiffs' Executive Committee***

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of June, 2026, I filed the foregoing with the Clerk of the Court using the Court's CM/ECF system, which will send notification to all counsel of record.

*/s/ J. Gerard Stranch, IV*
J. Gerard Stranch, IV (TN BPR 23045)