**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

|  |  |  |
|---|---|---|
| | ) | |
| | ) | |
| | ) | |
| IN RE: FEDEX TARIFF LITIGATION | ) | No. 2:26-cv-02181-TLP-atc |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

**ORDER GRANTING LEAVE TO APPEAR PRO HAC VICE**

Plaintiff Kevin Ross moves for leave for Attorney Jason Sultzer to appear pro hac vice. (*Ross v. FedEx Corporation*, No. 2:26-cv-02483-TLP-atc (W.D. Tenn), ECF No. 31.)[1]  The Court finds that Attorney Sultzer has met Local Rule 83.4(d)'s requirements.  Accordingly, the Court **GRANTS** the Motion and admits Attorney Sultzer pro hac vice on Plaintiff Ross' behalf.

**SO ORDERED**, this 2nd day of July, 2026.

  s/Thomas L. Parker
THOMAS L. PARKER
UNITED STATES DISTRICT JUDGE

---

[1] Judge Lipman consolidated *Ross* with many other cases under this case.  (*See* ECF No. 25.) Going forward, all Motions in these consolidated cases should be filed on this docket.