UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
MEMPHIS DIVISION

| | |
|---|---|
| In Re: FedEx Tariff Litigation | Civil Action No. 26-cv-02181-TLP<br><br>Judge Thomas L. Parker<br><br>UNOPPOSED MOTION TO SET DEADLINES FOR CONSOLIDATED COMPLAINT AND RESPONSE |

Interim Class Counsel and Plaintiffs' Executive Committee respectfully move this Court to reset certain deadlines in this case. Counsel for Defendants do not oppose this motion. Pursuant to Local Rule 7.2(a)(1)(B), by consultation via telephone and email on October 29, 2026, counsel have agreed and respectfully request that this Court enter an order that:

1. Plaintiffs, represented by Interim Class Counsel and the Executive Committee, shall file a Consolidated Complaint in this matter by Wednesday, November 4, 2026.
2. Defendants shall have until Friday, December 4, 2026, to file a response to the Consolidated Complaint.

A proposed order is attached herein. Counsel for both parties have conferred on these deadlines.

DATED: October 29, 2026

Respectfully submitted,

*/s/ J. Gerard Stranch, IV*

J. Gerard Stranch, IV (TN BPR 23045)
Michael C. Tackeff (TN BPR 036953)
**STRANCH, JENNINGS & GARVEY, PLLC**
The Freedom Center
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
Telephone: 615-254-8801
gstranch@stranchlaw.com
mtackeff@stranchlaw.com

*Interim Lead Counsel*

**CERTIFICATE OF CONSULTATION**

Pursuant to Local Rule 7.2(a)(1)(B), undersigned counsel certifies that counsel for the parties conferred regarding the relief requested in the foregoing Motion on October 29th by telephone and email.

Participating counsel were Michael Tackeff from Stranch, Jennings & Garvey, PLLC on behalf of the Plaintiffs and Shelby Walton for Defendant Fedex.

The Parties were able to reach an accord regarding the relief requested in the Motion.

*/s/ J. Gerard Stranch, IV*
J. Gerard Stranch, IV (TN BPR 23045)

**CERTIFICATE OF SERVICE**

I hereby certify that on the 29th day of October, 2026, A true and correct copy of the foregoing document was filed with the Clerk using the Court's CM/ECF system, and thus serving all listed counsel of record.

*/s/ J. Gerard Stranch, IV*
J. Gerard Stranch, IV (TN BPR 23045)